

**Thomas G. Bruton**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

October 13, 2016

Carl B. Stokes U.S. Court House
U.S. District Court for the Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

RE: Lenart v. Visionworks of America, Inc.

Case No: 16-cv-5935

Dear Clerk:

Pursuant to the order entered by Honorable Matthew F. Kennelly, on 09/28/2016, the above record

■ was electronically transmitted to: U.S. District Court for the Northern District of Ohio

                                                    Sincerely yours,

                                                    Thomas G. Bruton, Clerk

                                                    By:    /s/ Elizabeth A. Garcia
                                                                Deputy Clerk

Enclosures

New Case No. _____       Date _____

cc:     Non-ECF Attorneys and Pro se Parties